March 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DONALD RAY BEATY, Appellant

NO. 14-12-00061-CR
NO. 14-12-00062-CR                    V.
NO. 14-12-00063-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the motion of the appellant to withdraw the notice of appeal in each case.  Having considered the motions, the Court orders the appeals **DISMISSED** and that if not indigent, the appellant pay all costs expended in these appeals, and further orders these decisions certified below for observance.

We further order the Clerk of this Court to issue the mandates immediately.